UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:19-MJ-647-BJ |
| BO MAO (01) | |

## GOVERNMENT'S UNOPPOSED MOTION TO DISMISS

TO THE HONORABLE JEFFREY L. CURETON, UNITED STATES MAGISTRATE JUDGE:

The United States Attorney for the Northern District of Texas, by and through the undersigned Assistant United States Attorney, files this Government's Unopposed Motion to Dismiss the Complaint filed on October 10, 2018, against defendant **Bo Mao.**

In the interest of justice, the government moves to dismiss the complaint against **Bo Mao** without prejudice.

    Respectfully submitted,

    ERIN NEALY COX
    UNITED STATES ATTORNEY

*s/ Alex C. Lewis*  
ALEX C. LEWIS  
Assistant United States Attorney  
Deputy Criminal Chief

*s/ Jay Weimer*  
JAY WEIMER  
Assistant United States Attorney  
Texas State Bar No. 24013727  
801 Cherry Street, Suite 1700  
Fort Worth, Texas 76102  
Telephone: 817-252-5200  
Facsimile: 817-252-5455

## CERTIFICATE OF SERVICE

      I hereby certify that on September 4, 2019, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who have consented in writing to accept this Notice as service of this document by electronic means: Richard Roper.

                                    *s/ Jay Weimer*
                                    JAY WEIMER
                                    Assistant United States Attorney