IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.  No. 4:19-MJ-647-BJ

BO MAO (01)

## ORDER

Came on to be considered the government's unopposed motion to dismiss the criminal complaint filed against defendant **BO MAO**. The Court finds said motion to be meritorious.

It is therefore Ordered, Adjudged, and Decreed, that the government's unopposed motion to dismiss the complaint filed against the defendant **BO MAO** in this Cause be, and it is hereby, Granted.

It is further Ordered, Adjudged, and Decreed, that the criminal complaint against **BO MAO** in this Cause is hereby dismissed without prejudice.

Signed this 4th day of September 2019.

JEFFREY L. CURETON
United States Magistrate Judge