IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.     No. 4:19-MJ-647-BJ

BO MAO (01)

## ORDER

On August 20, 2019 a $100,000 cash appearance bond was executed in the above referenced case. The complaint filed in this case on August 14, 2019 was dismissed by order signed as of today's date. Defendant Bo Mao was arraigned on August 28, 2019 on an information that was filed in the Eastern District of New York charging the same offense that was charged in the instant case. At that hearing the defendant was released and it was ordered that the cash bond posted in the Northern District of Texas be transferred to the pending Eastern District of New York case Docket No. 19-392(FB).

Considering that the complaint in the instant case has now been dismissed it is ORDERED that the Clerk of Court for the Northern District of Texas transfer the cash bond in the amount of $100,000 deposited on August 20, 2019 to the Clerk of Court for the Eastern District of New York for docket number 19-392(FB) United States vs. Bo Mao.

Signed this 4th day of September, 2019.

JEFFREY L. CURETON
United States Magistrate Judge